In the Matter of ALICE R. GARNER, Respondent, v. NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, OFFICE OF RENT ADMINISTRATION, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Benjamin, JJ., concur.